UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERVE FELIX and KARLA JERABEK, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ST. CATHERINE OF SIENA MEDICAL CENTER and CATHOLIC HEALTH SERVICES OF LONG ISLAND,<br><br>　　　　　　　Defendants. | Case No.: 2:21-cv-03220-EK-SIL |

**NOTICE OF UNOPPOSED MOTION FOR: (1) FINAL APPROVAL OF SETTLEMENT; (2) CERTIFICATION OF THE SETTLEMENT CLASS; <u>AND (3) ENTRY OF JUDGMENT</u>**

**PLEASE TAKE NOTICE** that upon the Declaration of Brett R. Gallaway dated January 6, 2025, together with the exhibits annexed thereto; the Affirmation of Barry J. Peek, Esq., dated January 6, 2025, together with the exhibits annexed thereto; and the accompanying Memorandum of Law in Support of Unopposed Motion for Final Approval of Settlement dated January 6, 2025, together with all prior pleadings and proceedings had herein, Plaintiffs, by and through their undersigned counsel, shall move this Court, Honorable Nusrat J. Choudhury, United States District Court Judge, 100 Federal Plaza, Central Islip, New York 11722, on January 21, 2025 at 2:00 p.m., for an Order as follows: (1) granting final approval of the Settlement on the terms set forth in the Settlement Agreement and Release (the "Settlement Agreement") (Dkt. No. 72-2); (2) certifying the settlement class for settlement purposes pursuant to Rule 23 of the Federal Rules of Civil Procedure and Section 216(b) of the Fair Labor Standards Act; and (3) entering judgment in accordance with the Settlement Agreement.

Dated: New York, New York
      January 6, 2025                       McLAUGHLIN & STERN, LLP

By: */s/ Jason S. Giaimo*
      Jason S. Giaimo
      Lee S. Shalov
      Brett R. Gallaway
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
jgiaimo@mclaughlinstern.com
lshalov@mclaughlinstern.com
bgallaway@mclaughlinstern.com

*Attorneys for Plaintiffs and the Class*